IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JUNIOR WEBSTER,

    Petitioner,

  v.

JILL L. BROWN, Warden of the California State Prison at San Quentin,[1] et al.,

    Respondents.

No. CIV.S-93-0306 LKK DAD DP

NOTICE OF CASE MANAGEMENT CONFERENCE

**DEATH PENALTY CASE**

    The undersigned will hold a case management and status conference on November 14, 2005, at 10:30 a.m. in courtroom No. 27. The parties shall file status conference statements seven days prior to the conference and be prepared to discuss the scheduling of the case, including a schedule for the filing of any motion for an evidentiary hearing, as well as any other matters deemed necessary. Respondent's counsel is advised that the court is, by separate order, informing petitioner's counsel that, at the conclusion of the case management conference,

---

[1] Jill L. Brown is substituted for her predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

1

respondent's counsel will be excused and the conference will continue ex parte with counsel for petitioner present to discuss budgeting procedures.

DATED: September 30, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
capital\webster0306.05casemgtconf

2