IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY JUNIOR WEBSTER, | ) | No. CIV-S-93-306 LKK DAD DP |
| Petitioner. | ) ) | **ORDER REGARDING STATUS REPORTS AND CASE MANAGEMENT AND STATUS CONFERENCE** |
| v. | ) ) | |
| JILL L. BROWN, et al., | ) | **DEATH PENALTY CASE** |
| Respondents. | ) ) ) | |

On September 30, 2005, this Court issued a Notice of Case Management Conference to be held on November 14, 2005. The order directed the parties to "file status conference statements seven days prior to the conference and be prepared to discuss the scheduling of the case, including a schedule for the filing of any motion for an evidentiary hearing." September 30, 2005 Order at 1. The status conference statements are due November 7, 2005.

Petitioner has requested a twenty-eight (28) day extension of time, to December 5, 2005, for the parties to file their respective status conference statements and a twenty-eight (28) day continuance, to December 12, 2005, at 10:30 a.m., of the case management and status conference, from the dates set forth in this Court's September 30, 2005 Order. Respondent has no objection to this request.

Good cause appearing, it is so ordered.

DATED: October 18, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.eot