IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JUNIOR WEBSTER,

        Petitioner,

  v.

S.W. ORNOSKI, Acting Warden of the California State Prison at San Quentin,[1]

        Respondent.

_____/

No. CIV.S-93-0306 LKK DAD DP

ORDER

**DEATH PENALTY CASE**

This matter came before the court on December 12, 2005, for a case management and status conference. James Thomson and Timothy Foley appeared on behalf of petitioner. Patrick Whalen appeared on behalf of respondent. Having considered all written materials submitted in connection with the conference, and after hearing from the parties, IT IS HEREBY ORDERED that:

    1. Petitioner shall file his motion for evidentiary hearing and proffer in support thereof on or before **April 14, 2006**;

---

[1] S.W. Ornoski is substituted for his predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

1

2.   Respondent's response is due on or before **May 15, 2006**;

3.   Petitioner's reply, if any, is due **May 30, 2006**;

4.   The hearing on the motion for evidentiary hearing is **SET** for **June 12, 2006,** at **10:30 a.m.;** and

5. An ex parte conference with counsel for petitioner to discuss budgeting procedures is **SET** for **January 23, 2006,** at **10:30 a.m.**

DATED: December 12, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
capital\webster0306.oastatus

2