IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY JUNIOR WEBSTER, | ) | No. CIV-S-93-306 LKK DAD |
| Petitioner. | ) ) | **ORDER REGARDING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE MOTION FOR EVIDENTIARY HEARING** |
| v. | ) ) | |
| EDDIE YLST, et al., | ) ) | |
| Respondents. | ) ) ) | **DEATH PENALTY CASE** |

On December 13, 2005, this Court issued a scheduling order directing petitioner to file the Motion for Evidentiary Hearing by April 14, 2006; respondent to file a response by May 15, 2006; petitioner to file any reply by May 30, 2006; and setting a hearing on the motion for June 12, 2006 at 10:30 a.m.

Counsel for petitioner have filed a request that the scheduling order be extended by seven (7) days so that the time for filing the Motion for Evidentiary Hearing will be extended to April 21, 2006; the response will be due May 22, 2006; and any reply will be due June 6, 2006. The hearing on the motion set for June 12, 2006 at 10:30 a.m. will remain unchanged.

Good cause appearing, it is so ordered.

DATED: April 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord