IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JUNIOR WEBSTER, | No. CIV.S-93-0306 LKK DAD DP |
| Petitioner, | |
| v. | <u>ORDER RE EVIDENTIARY HEARING SCHEDULE</u> |
| S.W. ORNOSKI, Acting Warden of the California State Prison at San Quentin, | |
| Respondent. | **DEATH PENALTY CASE** |

This capital habeas action came before the court on August 15, 2006, for a status and scheduling conference to prepare for the evidentiary hearing described in the court's July 27, 2006, order. James S. Thomson and Timothy J. Foley appeared on behalf of petitioner. Deputy Attorney Generals Stanley A. Cross and Patrick J. Whalen appeared on behalf of respondent. Having considered all written materials submitted in connection with the status conference, and after hearing from the parties, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED as follows:

1

As to petitioner's claim of ineffective assistance of counsel during the penalty phase of the trial:

1. The depositions of the seven witnesses which were the subject of petitioner's earlier motion for order authorizing depositions shall occur during the period **October 1, 2006, through October 15, 2006.**

2. On or before **October 16, 2006,** the parties shall file with the court and serve upon each other the following with respect to <u>non-expert</u> witnesses:

    a. A list of non-expert witnesses;

    b. Direct testimony by declaration;

    c. Designation of witnesses whose further testimony will be submitted by deposition;

    d. Designation of witnesses intended to be called at the evidentiary hearing;

    e. Copies of exhibits; and

    f. Any documents submitted under Rule 7 of the Rules Governing § 2254 Cases.

3. On or before **October 30, 2006,** the parties shall file with the court and serve upon each other:

    a. Any response, opposition or objections to non-expert witness designations; and

    b. Designation of rebuttal witnesses.

4. A hearing to resolve any issues regarding non-expert witnesses is **SET** for **November 15, 2006, at 9:00 a.m.**

/////

2

1     5.  The depositions of non-expert witnesses shall occur
2 during the period **November 15, 2006, through January 15, 2007.**
3     6.  On or before **January 12, 2007,** the parties shall file
4 with the court and serve upon each other the following with respect
5 to <u>expert</u> witnesses:
6         a.  A list of expert witnesses;
7         b.  Direct testimony by declaration;
8         c.  Designation of witnesses whose further testimony
9 will be submitted by deposition;
10        d.  Designation of witnesses intended to be called at
11 the evidentiary hearing;
12        e.  Copies of exhibits; and
13        f.  Any documents submitted under Rule 7 of the Rules
14 Governing § 2254 Cases.
15    7.  On or before **January 26, 2007,** the parties shall file
16 with the court and serve upon each other:
17        a.  Any response, opposition or objections to expert
18 witness designations; and
19        b.  Designation of rebuttal witnesses.
20    8.  A hearing to resolve any issues regarding expert
21 witnesses is **SET** for **February 7, 2007, at 9:00 a.m.**
22    9.  The depositions of expert witnesses shall occur during
23 the period **February 7, 2007, through March 15, 2007.**
24    10. A pre-evidentiary hearing status conference is **SET** for
25 **March 21, 2007, at 9:00 a.m.**
26 /////

3

1    11.    <u>The evidentiary hearing on petitioner's claim of ineffective assistance of counsel during the penalty phase of the trial is</u> **SET** <u>for</u> **May 7, 2007, at 10:00 a.m.** <u>before the undersigned</u>. At this time, the parties represent in good faith that they believe the hearing will not require more than two weeks.

Next, as to petitioner's claims that California's capital sentencing statute fails to narrow the application of the death penalty in any meaningful way; and that petitioner was denied his right to meaningful appellate review by the California Supreme Court:

1.    On or before **June 12, 2007,** the parties shall file with the court and serve upon each other the following with respect to <u>all</u> witnesses:

    a.    A list of witnesses;

    b.    Direct testimony by declaration;

    c.    Designation of witnesses whose further testimony will be submitted by deposition;

    d.    Designation of witnesses intended to be called at the evidentiary hearing;

    e.    Copies of exhibits; and

    f.    Any documents submitted under Rule 7 of the Rules Governing § 2254 Cases.

2.    On or before **June 26, 2007,** the parties shall file with the court and serve upon each other any response, opposition or objections to the witness designations.

3.    A hearing to resolve any issues regarding the witnesses is **SET** for **July 11, 2007, at 9:00 a.m.**

4. <u>The evidentiary hearing on petitioner's "no narrowing" and meaningful appellate review claims is</u> **SET** <u>for</u> **September 5, 2007, at 10:00 a.m.** <u>before the undersigned</u>.  At this time, the parties represent in good faith that they believe the hearing will not require more than three days.

DATED: August 21, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders\webster0306.evidhear.sched