IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>    Petitioner,<br><br>vs.<br><br>S.W. ORNOSKI, Acting<br>Warden of the California State Prison<br>at San Quentin,<br><br>    Respondent. | No. CIV S-93-0306 LKK DAD DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER REQUIRING THE UNITED STATES MARSHAL TO PAY WITNESS FEES AND TRANSPORTATION EXPENSES** |

WHEREAS section 1825(b) of the Judicial Code provides that the United States Marshal for the district shall pay the witness fees of witnesses appearing on behalf of habeas corpus petitioners authorized to proceed in forma pauperis; Section 1821(c) and (d) of the Judicial Code provides that actual travel expenses and a subsistence allowance are among the fees and allowances provided for witnesses in proceedings before a Magistrate Judge; and petitioner has previously been authorized to proceed in forma pauperis; good cause appearing:

IT IS HEREBY ORDERED:

    1.    That the United States Marshal for the Eastern District of California shall pay the travel expenses of the following witnesses for travel from their homes to Sacramento,

1  California, round trip, for the purpose of testifying in a deposition in the above-captioned case,

2  and shall further pay attendance fees and subsistence allowance as provided by 28 U.S.C. § 1821;

3      - Joseph Clock/Vietnam veteran, Economy, Indiana

4      - Thomas Boling/Vietnam veteran, Minneapolis, Minnesota

5      - Freddie Devera/Vietnam veteran, Palmdale, California

6      - Larry Vaught/Vietnam veteran, Kansas City, Missouri

7      2.  That the Clerk shall serve this order on the United States Marshal for the

8  Eastern District of California.

9  DATED: January 18, 2007.

10

11  _____
    DALE A. DROZD

12  UNITED STATES MAGISTRATE JUDGE

13  Ddad1/orders.capital/webster0306.ord.witnessfees

14  Submitted by:

15  DANIEL J. BRODERICK, State Bar No. 89424
    Federal Defender
16  TIMOTHY J. FOLEY, State Bar No. 111558
    Assistant Federal Defender
17  DENNIS C. CUSICK, State Bar No. 204284
    801 I Street, 3rd Floor
18  Sacramento, California 95814
    (916) 498-6666
19
    JAMES S. THOMSON, State Bar No. 79658
20  SAOR E. STETLER, State Bar No. 194978
    THOMSON & STETLER
21  819 Delaware Street
    Berkeley, California 94710
22  (510) 525-9123

23  Attorneys for Petitioner

24

25

26

27

28