IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>    Petitioner,<br><br>vs.<br><br>S.W. ORNOSKI, Acting Warden of the California State Prison at San Quentin,<br><br>    Respondent. | No.  CIV S-93-0306 LKK DAD  DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE SECOND MODIFICATION OF SCHEDULING ORDER** |

    Good cause appearing, the Order re Evidentiary Hearing Schedule issued by the United States Magistrate Judge on August 21, 2006 (# 284) and the Order Re Modification of Scheduling Order (# 301) are modified as set forth below with regard to the petitioner's claim of ineffective assistance of counsel during the penalty phase of the trial.

    Items 6 through 8 on page 3 of the Order re Evidentiary Hearing Schedule are modified as follows:

    6.    On or before March 2, 2007, the parties shall file with the court and serve upon each other the following with respect to <u>expert</u> witnesses:

        a.    A list of expert witnesses;

        b.    Direct testimony by declaration;

        c.    Designation of witnesses whose further testimony will be submitted by

|   |   |   |
|---|---|---|
| | | deposition; |
| | d. | Designation of witnesses intended to be called at the evidentiary hearing; |
| | e. | Copies of exhibits; and |
| | f. | Any documents submitted under Rule 7 of the Rules Governing § 2254 cases. |
| 7. | | On or before March 16, 2007, the parties shall file with the court and serve upon each other: |
| | a. | Any response, opposition or objections to expert witness designations; and |
| | b. | Designation of rebuttal witnesses. |
| 8. | | The hearing to resolve any issues regarding expert witnesses previously set for February 28, 2007, at 9:00 a.m., is vacated and any issues in this regard will be addressed at the hearing scheduled for March 21, 2007. |

All other provisions of the Order re Evidentiary Hearing Schedule remain in effect.

DATED: January 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.modifyschedord(2)

submitted by:

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
SAOR E. STETLER, State Bar No. 194978
THOMSON & STETLER
819 Delaware Street
Berkeley, California 94710
(510) 525-9123
Attorneys for Petitioner