IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>    Petitioner,<br><br>vs.<br><br>S.W. ORNOSKI, Acting<br>Warden of the California State Prison<br>at San Quentin,<br><br>    Respondent. | No.  CIV S-93-0306 LKK DAD  DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE THIRD MODIFICATION OF SCHEDULING ORDER** |

Good cause appearing, the Order re Evidentiary Hearing Schedule issued by the United States Magistrate Judge on August 21, 2006 (# 284); the Order Re Modification of Scheduling Order (# 301) and the Second Order Re Modification of Scheduling Order (# 305) are modified as follows:

The due date for the filing of the list of expert witnesses, with declarations, designations and exhibits (Item 6 of the Order re Evidentiary Hearing Schedule) and the due date for the response to that filing with designation of rebuttal witnesses  (Item 7 of the Order re Evidentiary

/////

/////

/////

/////

Hearing Schedule) are continued and will be reset at the status conference on March 21, 2007. Additional modifications to the scheduling order, if necessary, will be addressed at that time.

DATED: March 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.modifyschedord(3)

submitted by:

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
819 Delaware Street
Berkeley, California 94710
(510) 525-9123

Attorneys for Petitioner