IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JUNIOR WEBSTER,<br><br>    Petitioner,<br><br>  v.<br><br>S.W. ORNOSKI, Acting Warden<br>of the California State<br>Prison at San Quentin,<br><br>    Respondent.<br>_____/ | No. CIV.S-93-0306 LKK DAD DP<br><br><br>ORDER RE RESPONDENT'S<br>MOTION FOR DISCOVERY<br><br><br><br><br>**DEATH PENALTY CASE** |

       The court, having completed review of the documents submitted by petitioner's counsel for *in camera* review pursuant to the order of May 21, 2007, hereby orders as follows: Petitioner's counsel shall forthwith produce in discovery to respondent's counsel the following documents described by their Bates-stamped numbers: 1002 (partially redacted); 1039-1047 (1046 partially redacted);

/////

/////

/////

1

1051-1061; 1111-1129; 1135-1139; 1148-1150 (all pages partially redacted); 1203-1217; 1220-1222; and 1225-1226.

IT IS SO ORDERED.

DATED: July 25, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.capital/webster0306.incameradisc.wpd

2