IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>   Petitioner,<br><br> vs.<br><br>S.W. ORNOSKI, Acting<br>Warden of the California State Prison<br>at San Quentin,<br><br>   Respondent. | No.  CIV S-93-0306 LKK DAD  DP<br><br>**DEATH PENALTY CASE**<br><br>**SCHEDULING ORDER REGARDING FURTHER EVIDENTIARY PRESENTATION** |

   This capital habeas action came before the Court on July 25, 2007, for a status conference.  Having considered the written materials submitted in connection with the status conference, and after hearing from the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.  With regard to the ineffective assistance of counsel at penalty phase claim: the parties will attempt to complete the deposition of trial counsel William Owen and the depositions of the three designated experts by September 21, 2007.  At the status conference scheduled for September 26, 2007 at 9:00 a.m., the parties will be prepared to discuss (1) whether any additional evidentiary presentation or witness testimony is necessary on the IAC penalty phase claim and (2) a possible briefing schedule.

2.  With regard to the appellate process claim:

1  A. On or before December 31, 2007, the parties shall file with the court and serve upon each other the following with respect to the appellate process claim:
   a. A list of witnesses;
   b. Direct testimony by declaration;
   c. Designation of witnesses whose further testimony will be submitted by deposition;
   d. Designation of witnesses intended to be called at the evidentiary hearing;
   e. Copies of exhibits; and
   f. Any documents submitted under Rule 7 of the Rules Governing § 2254 cases.

B. On or before January 14, 2008, the parties shall file with the court and serve upon each other:
   a. Any response, opposition or objections to the witness designations; and
   b. Designation of rebuttal witnesses.

C. Depositions of the witnesses shall be completed by April 18, 2008.

D. April 30, 2008 at 9:00 a.m.: Status conference to assess whether in-court testimony is necessary and to address any disputes or problems.

E. June 11, 2008 at 10:00 a.m.: in court evidentiary hearing (if necessary).

3. With regard to the insufficient narrowing claim:
   A. On or before May 30, 2008, the parties shall file with the court and serve upon each other the following with respect to the insufficient narrowing claim:
      a. A list of witnesses;
      b. Direct testimony by declaration;
      c. Designation of witnesses whose further testimony will be submitted by deposition;
      d. Designation of witnesses intended to be called at the evidentiary hearing;
      e. Copies of exhibits; and

/////

    f. Any documents submitted under Rule 7 of the Rules Governing § 2254 cases.

  B. On or before June 13, 2008, the parties shall file with the court and serve upon each other:

    a. Any response, opposition or objections to the witness designations; and

    b. Designation of rebuttal witnesses.

  C. Depositions of the witnesses shall be completed by July 31, 2008.

  D. August 13, 2008 at 9:00 a.m.: Status conference to assess whether in-court testimony is necessary and to address any disputes or problems.

  E. September 10, 2008 at 10:00 a..m.: in court evidentiary hearing (if necessary).

4. This Scheduling Order supercedes the previously issued scheduling orders.

DATED: August 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.schedord.evid

submitted by:

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
819 Delaware Street
Berkeley, California 94710
(510) 525-9123

Attorneys for Petitioner