IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,**<br><br>                                    Petitioner,<br><br>     v.<br><br>**S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,**<br><br>                                    Respondents. | CIV S-93-0306 LKK DAD DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents be allowed to complete and file Respondents' brief on or before May 16, 2008.

DATED: March 12, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.resp.eot