IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JUNIOR WEBSTER,<br><br>　　　　　　Petitioner.<br><br>　　v.<br><br>S.W. ORNOSKI, Acting Warden<br>of the California State Prison at<br>San Quentin<br>　　　　　　Respondents. | No. CIV-S-93-306 LKK DAD DP<br><br>**MODIFICATION TO REVISED<br>SCHEDULING ORDER**<br><br>**DEATH PENALTY CASE** |

　　Having considered petitioner's June 30, 2008, request for an extension of time, and good cause appearing, the schedule for the submission of evidence and briefing on the appellate process claim for which an evidentiary hearing was granted is hereby revised as follows:

　　A.　Petitioner shall submit any additional witness designations, with submission of declarations and exhibits, by July 7, 2008.

　　B.　Respondent shall file any opposition or objections to the petitioner's witnesses, declarations and exhibits by August 7, 2008.

　　C.　Respondent shall submit any witness designations, with submission of declarations and exhibits, by September 5, 2008.

/////

1  D. Depositions of the witnesses shall be completed by October 3, 2008.

2  E. An evidentiary hearing, should in-court testimony be required on this claim, is set for October 15, 2008, at 9:00.

Otherwise, the scheduling dates for the briefing of the ineffective assistance of counsel claim set forth in the April 30, 2008, Revised Scheduling Order (Docket # 381) shall remain in place.

DATED: June 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.schedord.rev(2)

Submitted by:
James S. Thomson
Attorney and Counselor at Law
Counsel for Petitioner