IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,** | CIV S-93-0306 LKK DAD DP |
| Petitioner, | **ORDER** |
| v. | |
| **S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondent's Brief in Opposition to the Ineffective Assistance of Counsel at Penalty Phase Claim, filed on July 17, 2008 (docket entry 388), be withdrawn and that electronic and paper copies be removed from the public case files, including PACER.

It is further ordered that Respondent is granted leave to file a properly redacted Respondent's Brief in Opposition to the Ineffective Assistance of Counsel at Penalty Phase Claim.

It is further ordered that Respondent is granted leave to file an unredacted Respondent's Brief in Opposition to the Ineffective Assistance of Counsel at Penalty Phase Claim under seal and in paper.

DATED: July 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord.redact