IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,** <br><br> Petitioner, <br><br> v. <br><br> **S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,** <br><br> Respondents. | CIV S-93-0306 LKK DAD DP <br><br> **ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent files the objections or opposition to Petitioner's witnesses, declarations, and exhibits in support of the instant Eighth Amendment (appellate process) claim on or before September 8, 2008.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord.eot