IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS,<br><br>　　　Warden of the California<br>　　　State Prison at San Quentin,<br><br>　　　　Respondent.<br>_____ | No. CIV S-93-0306 LKK DAD DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER ALLOWING FILING OF<br>PLEADING UNDER SEAL** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner may file a Supplement to Respondent's Brief in Opposition to the Ineffective Assistance of Counsel at Penalty Phase Claim under seal, to be used by the Court in its review of the evidence, but to remain under seal subject to further order of the Court.

DATED: August 11, 2008.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord.sealing

submitted by:

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
819 Delaware Street
Berkeley, California 94710
(510) 525-9123

Attorneys for Petitioner