IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,** | CIV S-93-0306 LKK DAD DP |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| **S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,** | <u>ORDER</u> |
| Respondents. | |

Respondent in this capital federal habeas case, Warden S.W. Ornoski, has submitted a request to modify the scheduling order filed on August 14, 2008, regarding the appellate process claim. Petitioner opposes the request.

The status conference previously scheduled for November 5, 2008, is hereby continued to November 7, 2008 at 10:00 a.m. and will be held in conjunction with the hearing on respondent's recently filed motion to exclude and/or strike evidence with respect to petitioner's claim that he was denied meaningful appellate review by the California Supreme Court. In the event that motion is denied, the parties shall be prepared at the November 7, 2008, hearing to

/////

/////

/////

1

1 | address any modification to the previously established schedule in this case necessitated by the
2 | hearing on the recently filed motion.
3 |     IT IS SO ORDERED.
4 | DATED: October 24, 2008.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 | Ddad1/orders.capital/webster0306.102408.ord.

2