IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS,<br><br>    Warden of the California State Prison at San Quentin,<br><br>    Respondent. | No. CIV S-93-0306 LKK DAD  DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE MOTION TO STRIKE EVIDENCE AND  SCHEDULING** |

This capital habeas action came before the Court on November 7, 2008, for argument on respondent's Motion to Exclude and/or Strike Evidence and for a status conference. Deputy Attorney General Catherine Chatman appeared on behalf of respondent. James S. Thomson and Timothy J. Foley appeared on behalf of petitioner.

Having considered the written materials submitted in connection with the motion and the status conference, and after hearing from the parties, and good cause appearing, the Court orders as follows:

    1.    The Motion to Exclude and/or Strike Evidence is Denied for reasons expressed on the record.

/////

/////

2. The scheduling order is modified as follows:

    A. Depositions on the appellate process claim shall be completed by February 13, 2009.

    B. The post-evidentiary briefing on the appellate process claim shall proceed as follows: The petitioner shall file a brief by April 14, 2009; the respondent shall file a brief by May 15, 2009; the petitioner shall file any reply brief by June 1, 2009.

    C. A telephonic status conference is set for January 15, 2009, at 9:00.

    D. The hearing currently set for December 10, 2008, is vacated.

DATED: November 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord.motstrike

submitted by:

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
819 Delaware Street
Berkeley, California 94710
(510) 525-9123

Attorneys for Petitioner