IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,**<br><br>                              Petitioner,<br><br>        v.<br><br>**S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,**<br><br>                              Respondents. | CIV S-93-0306 LKK DAD DP<br><br>**ORDER REVISED BRIEFING SCHEDULE** |

Respondent in the capital federal habeas case, Warden S. W. Ornoski, has, after consultation with counsel for Petitioner Larry Webster, submitted a proposed briefing schedule for Petitioner's claim that he was deprived of meaningful appellate review in violation of the Eighth Amendment.  Respondent has also submitted a request to modify the scheduling order issued April 7, 2009, regarding the remaining claims in the second amended petition for writ of habeas corpus, to which request counsel for Petitioner has no objection.

Good cause appearing the briefing schedule is set and/or modified as follows:  Respondent shall file an answer to the remaining claims on or before October 15, 2009.  Petitioner shall file a response on or before November 30, 2009.

1

Petitioner shall file a post-evidence brief on the claim that he was denied meaningful appellate review in violation of the Eighth Amendment on or before November 2, 2009. Respondent shall file a post-evidence brief on or before December 17, 2009. Petitioner shall file a reply, if any, on or before January 19, 2010.

Dated: September 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord.revbriefingsched