IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>           Petitioner,<br><br>     vs.<br><br>S.W. ORNOSKI,<br><br>     Warden of the California State Prison<br>     at San Quentin,<br><br>           Respondent.<br>_____ | No. CIV S-93-0306 LKK DAD DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE MODIFICATION OF<br>BRIEFING SCHEDULE RE APPELLATE<br>PROCESS CLAIM** |

Petitioner has filed a motion requesting a modification of the briefing schedule with regard to the post-evidence briefing on the appellate process claim. Respondent does not oppose the motion.

Good cause appearing, the motion is granted and the schedule on the appellate process claim will be modified as follows: petitioner's post-evidence briefing on the appellate process claim shall be filed on or before November 16, 2009; respondent's post-evidence briefing shall

/////

/////

/////

/////

1     Webster v. Ornoski, CIV S 93-0306 LKK DAD DP

be filed on or before December 31, 2009; petitioner's reply brief shall be filed on or before January 19, 2010.

DATED: October 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/webster0306.ord.sched

submitted by:
DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
819 Delaware Street
Berkeley, California 94710
(510) 525-9123

Attorneys for Petitioner