FILED
NOV 18 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,**<br><br>                          Petitioner,<br><br>v.<br><br>**S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,**<br><br>                          Respondents. | Case No. 2:93-CV-00306-LKK-DAD (HC)(DP)<br><br>[~~PROPOSED~~] ORDER REVISED BRIEFING SCHEDULE<br><br>**DEATH PENALTY CASE** |

Respondent in this capital federal habeas case, Warden S.W. Ornoski, has submitted a request to modify the scheduling order issued October 18, 2010, regarding Petitioner's claim that California's statutory scheme fails to adequately narrow application of the death penalty, to which counsel for Petitioner has no objection.

Good cause appearing, the scheduling order for Petitioner's claim that California's statutory scheme fails to adequately narrow application of the death penalty is modified as follows: Respondent's opposition or objections to Petitioner's evidence and Respondent's witness designations, declarations, and exhibits shall be filed on or before December 17, 2010. Depositions of the witnesses, if necessary, shall be completed by February 14, 2011. The parties

///

shall submit a joint proposed briefing schedule with respect to this claim to the Court within ten days of the final submission of all evidence relating thereto.

Dated: 11/18/10

_____
The Honorable Dale A. Drozd