IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>       Petitioner,<br><br>vs.<br><br>S.W. ORNOSKI,<br><br>       Warden of the California State Prison at San Quentin,<br><br>       Respondent. | No.  CIV S-93-0306 LKK DAD  DP<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**ORDER RE BRIEFING SCHEDULE REGARDING THE CLAIM THAT THE CAPITAL SENTENCING SYSTEM FAILS TO ADEQUATELY NARROW** |

Good cause appearing, the following shall be the briefing schedule with regard to the petitioner's claim that the California capital sentencing system fails to adequately narrow the pool of death-eligible cases.

    May 15, 2011:    Petitioner's brief in support of the claim

    July 1, 2011:    Respondent's brief

    July 20, 2011:    Petitioner's reply brief

    IT IS SO ORDERED.

DATED: April 5, 2011.

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

1  [Proposed] Order submitted by:
2  DANIEL J. BRODERICK, State Bar No. 89424
   Federal Defender
3
   /s/ Timothy J. Foley
4  TIMOTHY J. FOLEY, State Bar No. 111558
   Assistant Federal Defender
5  801 I Street, 3rd Floor
   Sacramento, California 95814
6  (916) 498-6666

7  JAMES S. THOMSON, State Bar No. 79658
   819 Delaware Street
8  Berkeley, California 94710
   (510) 525-9123
9
   Attorneys for Petitioner
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28