IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY J. WEBSTER,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-93-0306 LKK DAD

DEATH PENALTY CASE

ORDER

Within twenty days of the filed date of this order, each party shall file a brief addressing the impact of Cullen v. Pinholster, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings and, in particular, on the status of the evidence already presented to this court.

IT IS SO ORDERED.

DATED: April 15, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

webster pin.or