IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. WEBSTER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>S.W. ORNOSKI,<br><br>　　　Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent. | No. CIV S-93-0306 LKK DAD DP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER MODIFYING THE BRIEFING SCHEDULE REGARDING THE CLAIM THAT THE CAPITAL SENTENCING SYSTEM FAILS TO ADEQUATELY NARROW** |

　　　Good cause appearing, the briefing schedule set forth in this Court's April 5, 2011, Order with regard to the petitioner's claim that the California capital sentencing system fails to adequately narrow the pool of death-eligible cases shall be modified as follows:

　　　June 3, 2011:　　　Petitioner's brief in support of the claim

　　　July 20, 2011:　　　Respondent's brief

　　　August 10, 2011:　　Petitioner's reply brief

　　　IT IS SO ORDERED.

DATED: May 26, 2011.

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

submitted by:

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender

/s/ Timothy J. Foley
TIMOTHY J. FOLEY, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666

JAMES S. THOMSON, State Bar No. 79658
819 Delaware Street
Berkeley, California 94710
(510) 525-9123

Attorneys for Petitioner

dad1:capital
webster0306.modifyschedord(4)