IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,** <br> Petitioner, <br> v. <br> **S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,** <br> Respondents. | Case No. 2:93-CV-00306-LKK-DAD (HC)(DP) <br><br> **ORDER** <br><br><br> **DEATH PENALTY CASE** |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including August 19, 2011; and Petitioner's reply brief shall be filed on or before September 15, 2011.

**Date: 7/20/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1:capital
Webster0306.ord.revbriefsched3

1