IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JUNIOR WEBSTER,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**S.W. ORNOSKI, Warden of the California State Prison at San Quentin, et al.,**<br><br>　　　　　　　　　　Respondents. | Case No. 2:93-CV-00306-LKK-DAD (HC)(DP)<br><br>**ORDER AND REVISED BRIEFING SCHEDULE** |

　　　　Respondent in this capital federal habeas case has submitted a request to modify the scheduling order issued June 4, 2014, regarding objections to the findings and recommendations filed that same day. Counsel for Petitioner opposes the request.

　　　　Good cause appearing, the scheduling order for filing Respondent's objections to the findings and recommendations and for filing replies to objections to the findings and recommendations is modified as follows:

　　　　1.　　Respondent's time to file objections to the findings and recommendations shall be extended two weeks, to on or before July 21, 2014;

　　　　2.　　Respondent's time to file a reply to Petitioner's objections to the findings and recommendations shall be extended two weeks, to on or before August 5, 2014;

　　　　3.　　Petitioner's reply to Respondent's objections to the findings and recommendations

1

1 shall be filed on or before August 11, 2014.

2     IT IS SO ORDERED.

3     DATED: July 3, 2014.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```